

granted, *but only up to and including October 4, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 13–0353/AF/13–5007/AF.  U.S. v. Laurence H. Finch.  CCA 38081.  In view of the existence of a vacant position on the Court, notice is hereby given that the Chief Judge has called upon Senior Judge Andrew S. Effron to perform judicial duties in the above–referenced cases, and that Senior Judge Effron has consented to perform judicial duties in said cases under Article 142(e)(1)(A)(ii), Uniform Code of Military Justice, 10 U.S.C. § 942(e)(1)(A)(ii) (2006).

No. 13–0733/AR.  U.S. v. Daniel C. Arizmendi.  CCA 20110966.  Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including October 3 , 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0050/AF.  U.S. v. Thomas N. Patterson.  CCA 38031.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 9, 2013.

No. 14–0051/AF.  U.S. v. Daniel P. Openshaw.  CCA 38049.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 9, 2013.

Friday, September 20, 2013

No. 12–0428/MC.  U.S. v. Stephen J. McGuire.  CCA 201000611.  On further consideration of the granted issue, 72 M.J. 255 (C.A.A.F. 2013), and in view of *United States v. Tunstall*, 72 M.J. 191 (C.A.A.F. 2013), and *United States v. Goings*, 72 M.J. 202 (C.A.A.F. 2013), it is ordered that the decision of the United States Navy–Marine Corps Court of Criminal Appeals is affirmed.

